UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

KARIANN BALON, :
    Plaintiff : CIVIL ACTION NO. 3:16-CV-0410
: (Judge Nealon)
v. :
:
ENHANCED RECOVERY :
COMPANY, INC., :
    Defendant :

# ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2017**, upon consideration of the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion to dismiss for lack of jurisdiction, (Doc. 27), is **DENIED**;

2. Plaintiff's motion to remand, (Doc. 33), is **DENIED**;

3. Plaintiff's motion for summary judgment, (Doc. 29), is **GRANTED**;

4. The Clerk of Court is directed to enter **JUDGMENT** in the amount of **$1,000.00** in favor of Plaintiff and against Defendant;

5. Plaintiff shall file a motion or stipulation for attorney's fees and costs on or before **September 11, 2017**; and

6. The Clerk of Court is directed to **CLOSE** this case.

                                                               /s/ William J. Nealon
                                                              **United States District Judge**